In the Matter of the Claim of LILLIE A. THOMPSON.

SAGTIKOS FARM, INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner of the State of New York, Respondent.

Argued April 14, 1942; decided April 30, 1942.

*Edward M. O. Pratt* for appellant.

*John J. Bennett, Jr., Attorney-General (W. Gerard Ryan* and *Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. Dissenting: LEWIS, J.